# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| JAMES E. HEIM, III, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:22-CV-04067-ELR-CMS |
| | * | |
| BARCLAYS BANK DELAWARE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

_____

**O R D E R**

_____

This case is before the Court on Magistrate Judge Catherine M. Salinas' Non-Final Report and Recommendation ("R&R"). [Doc. 10]. The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." See 28 U.S.C. § 636(b)(1); see also Fed. R. Civ. P. 72(b)(3). No objections to the Magistrate Judge's R&R have been filed, and therefore, the Court has reviewed the R&R for clear error. See Thomas v. Arn, 474 U.S. 140, 154 (1985); Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006); see also Tauber v. Barnhart, 438 F. Supp. 2d 1366, 1373 (N.D. Ga. 2006). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R as the opinion of this Court. [Doc. 10]. For the reasons stated in the R&R, the Court **GRANTS** the Parties' "Joint

Motion to Stay and Compel Arbitration" [Doc. 9] and **ADMINISTRATIVELY CLOSES** this action pending the outcome of the Parties' arbitration proceedings.[1]

    **SO ORDERED**, this 27th day of December, 2022.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia

---

[1] The Court notes that administrative closure will not prejudice the rights of any Party to this litigation. A Party need only file a motion to reopen the case if they so choose.